**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2007 JAN 31  P 4: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | Misc. Action No. |
| | ) | |
| v. | ) | |
| | ) | **07 MBD 1 0028-GAO** |
| JOHN CHARLES VOLUNGUS | ) | |
| (Reg. No. 06705-033), | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF CERTIFICATION THAT RESPONDENT**
**IS A SEXUALLY DANGEROUS PERSON AND**
**REQUEST FOR HEARING PURSUANT TO 18 U.S.C. § 4248(a)**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney

for the District of Massachusetts, hereby provides notice to this Court that the defendant, John

Charles Volungus, Reg. No. 06705-033, has been certified to be a "sexually dangerous person"

pursuant to section 302(4) of the Adam Walsh Child Protection and Safety Act, Pub. L. No. 109-248,

Title III, § 302(4), 120 Stat. 620 (July 27, 2006), codified at 18 U.S.C. § 4248(a), and moves this

Honorable Court for a hearing to determine whether defendant John Charles Volungus is a "sexually

dangerous person" subject to civil commitment for treatment in an appropriate facility pursuant to

18 U.S.C. § 4248. In further support thereof, the United States says as follows:

1. Section 302(4) of the Adam Walsh Child Protection and Safety Act provides, as relevant

here:

> In relation to a person who is in custody of the Bureau of Prisons * * * any individual
> authorized by the Attorney General or the Director of the Bureau of Prisons may
> certify that the person is a sexually dangerous person, and transmit the certificate to
> the clerk of the court for the district in which the person is confined. The clerk shall

send a copy of the certificate to the person, and to the attorney for the Government. * * * The court shall order a hearing [to be conducted pursuant to the provisions of section 4247(d)] to determine whether the person is a sexually dangerous person. A certificate filed under this subsection shall stay the release of the person pending completion of procedures contained in this section.

18 U.S.C. § 4248(a). The term "sexually dangerous person" is defined in 18 U.S.C. § 4247(a)(5) to mean "a person who has engaged or attempted to engage in sexually violent conduct or child molestation and who is sexually dangerous to others." The term "sexually dangersous to others" is defined in 18 U.S.C. § 4247(a)(6) to mean, with respect to a person, "that the person suffers from a serious mental illness, abnormality, or disorder as a result of which he would have serious difficulty in refraining from sexually violent conduct or child molestation if released."

2. Attached hereto as Exhibit 1 is a "Certification of a Sexually Dangerous Person" executed by William T. Bickart, Interim Chairperson of the Bureau of Prisons' Certification Review Panel. Attached hereto as Exhibit 2 is a copy of a memorandum from Harley G. Lappin, Director of the Bureau of Prisons, delegating to, among others, William T. Bickart, Interim Chairperson of the Bureau of Prisons' Certification Review Panel, the authority to certify offenders as sexually dangerous persons pursuant to 18 U.S.C. § 4248(a). These documents establish that (1) the respondent, John Charles Volungus, is presently in Bureau custody at the Federal Medical Center, Devens, Massachusetts; and (2) that an individual, William T. Bickart, who has received the required delegation of authority from the Director of the Bureau of Prisons, has certified that respondent John Charles Volungus is a "sexually dangerous person" as defined by 18 U.S.C. § 4247(a)(5) and "sexually dangerous to others" as defined by 18 U.S.C. § 4247(a)(6).

WHEREFORE, the United States of America hereby requests that this Honorable Court set a time and date to conduct a hearing required by 18 U.S.C. § 4248(a) to determine whether

respondent is a sexually dangerous person subject to commitment to the custody of the Attorney

General for treatment in a suitable facility in accordance with 18 U.S.C. § 4248(d). Pursuant to 18

U.S.C. § 4248(a), as the result of the filing of the certification attached to this petition as Exhibit 1,

respondent John Charles Volungus will remain in custody pending completion of the procedures set

forth in 18 U.S.C. § 4248.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

By: _____
                                            MARK J. GRADY
                                            Assistant U.S. Attorney
                                            John Joseph Moakley U.S. Courthouse
                                            1 Courthouse Way, Suite 9200
                                            Boston, MA 02210
                                            (617) 748-3606

Dated: January 31, 2007

## CERTIFICATION OF A SEXUALLY DANGEROUS PERSON

(1) I, William T. Bickart, am Interim Chairperson of the
Federal Bureau of Prisons (Bureau) Certification Review Panel,
Washington, D.C.  Pursuant to 28 C.F.R. § 0.97, the Director of
the Bureau has delegated to me the authority to certify persons
in Bureau custody as sexually dangerous, as authorized by
18 U.S.C. § 4248(a).

(2) Bureau records reflect the following:  Inmate John
Charles Volungus, Register Number 06705-033, is in Bureau custody
at the Federal Correctional Institution in Ayer (Devens),
Massachusetts, serving a 23-month federal term of imprisonment
following his revocation of supervised release.  Inmate
Volungus's original sentence was a 53-month term of imprisonment
and three years supervised release, following his conviction for
Use of Interstate Facility to Attempt to Persuade Person Under 18
Years of Age to Engage in a Sexual Act in violation of
18 U.S.C. 2422(b), Possession of Child Pornography in violation
of 18 U.S.C. § 2252A(a)(5)(A), and Receipt of Child Pornography
in Interstate Commerce By Computer in violation of 18 U.S.C.
2252(a)(2) (Criminal Docket No. 3:98CR-111-01-H, W.D. Kentucky).
The offense conduct in this case involved inmate Volungus
engaging in Internet chats and phone conversations with
undercover police investigators posing as 19- and 14-year-old
females.  Further, inmate Volungus traveled to meet the 14-year-
old female to engage in sex.  Inmate Volungus's projected release
date is February 15, 2007.

(3) Based on a review of inmate Volungus's Bureau records, I

certify he is a sexually dangerous person as defined by
18 U.S.C. § 4247(a)(5), and sexually dangerous to others as
defined by 18 U.S.C. § 4247(a)(6). My certification is based on
information found in Bureau records which includes, but is not
limited to, the following:

(A) Inmate Volungus previously engaged or
attempted to engage in sexually violent conduct or
child molestation as evidenced by his offense conduct
of traveling to engage in sex with a 14-year-old
female.

(B) A limited psychological review of inmate
Volungus indicated an Axis I diagnosis of Pedophilia,
Sexually Attracted to Females, Nonexclusive Type,
Paraphilia Not Otherwise Specified (Bestiality),
Provisional, Paraphilia Not Otherwise Specified
(Coprophilia), Provisional, Paraphilia Not Otherwise
Specified (Urophilia), Provisional, and Alcohol
Dependence, by history.

(C) An initial assessment of inmate Volungus using
two actuarial risk assessment instruments (Static-99
and Rapid Risk Assessment for Sexual Offense Recidivism
(RRASOR)) was conducted. These results, in addition to
inmate Volungus's offense conduct, psychological
diagnosis, a prior violent conviction, failure in sex
offender treatment, history of re-offending while under
supervision, deviant attraction to minor females,

2

diverse deviant sexual interests, significant minimization of his deviant sexual attraction and level of risk, and continued pursuit of deviant stimuli while incarcerated, indicate he will have serious difficulty refraining from sexually violent conduct or child molestation if released.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

William T. Bickart
Interim Chairperson
Certification Review Panel
Federal Bureau of Prisons

1/17/07
Date

3



**U.S. Department of Justice**

**Federal Bureau of Prisons**

_Office of the Director_                                   _Washington, DC 20534_

October 31, 2006

MEMORANDUM FOR KATHLEEN M. KENNEY, ASSISTANT DIRECTOR
OFFICE OF GENERAL COUNSEL

JOHN M. VANYUR, ASSISTANT DIRECTOR
CORRECTIONAL PROGRAMS DIVISION

FROM:           Harley G. Lappin, Director

SUBJECT:        Establishment of a Certification Review Panel and
                Delegation of Certification Authority

By this memorandum, I am directing the establishment of a
Certification Review Panel (CRP) to review releasing offenders
for civil commitment pursuant to Title 18 U.S.C. § 4248(a), as
enacted by the Adam Walsh Child Protection and Safety Act of 2006
(Public Law 109-248).  This panel is to be composed of staff from
the Correctional Programs Division, the Office of General
Counsel, and others appointed by the Assistant Director,
Correctional Programs Division.

Further, I am delegating authority to certify offenders as
"sexually dangerous persons" as defined under this law, to the
Chairperson of the CRP.  On an interim basis, this authority is
delegated to Dr. William T. Bickart, Interim CRP Chairperson, and
Dr. Paul Sahwell or Dr. John Baxter as alternate Chairpersons in
his absence.  As a permanent CRP is staffed, this delegated
authority will convey to the Chairperson of the CRP.