```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS


                                  )
UNITED STATES OF AMERICA,         )
                                  )
         Petitioner,              )
                                  )    Civil Action
v.                                )    No. 07-12060-GAO
                                  )
JOHN CHARLES VOLUNGUS,            )
                                  )
         Respondent.              )
                                  )


     BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
           UNITED STATES DISTRICT JUDGE


                STATUS CONFERENCE


     John J. Moakley United States Courthouse
              Courtroom No. 9
              One Courthouse Way
         Boston, Massachusetts  02210
          Thursday, November 8, 2007
                   2 p.m.


         Marcia G. Patrisso, RMR, CRR
              Official Court Reporter
          John J. Moakley U.S. Courthouse
         One Courthouse Way, Room 3510
          Boston, Massachusetts  02210
                (617) 737-8728

     Mechanical Steno - Computer-Aided Transcript
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1    APPEARANCES:

 2         OFFICE OF THE UNITED STATES ATTORNEY
           By: Mark J. Grady and Mark T. Quinlivan,
 3             Assistant United States Attorneys
           John Joseph Moakley Federal Courthouse
 4         Suite 9200
           Boston, Massachusetts 02210
 5         On Behalf of the Petitioner

 6         FEDERAL DEFENDER'S OFFICE
           By: William W. Fick, Esq.
 7         408 Atlantic Avenue
           Suite 328
 8         Boston, Massachusetts 02210
           On Behalf of the Respondent

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1                    P R O C E E D I N G S
 2           THE CLERK:  All rise.  The United States District
 3   Court for the District of Massachusetts.  Court is now in
 4   session.
 5           Please be seated.
 6           First up for a scheduling conference, the United
 7   States of America versus John Charles Volungus, Docket
 8   07-12060.
 9           Will counsel please identify yourselves for the
10   record.
11           MR. GRADY:  Good afternoon, your Honor.  Mark Grady on
12   behalf of the United States.  With me is Mark Quinlivan.
13           MR. QUINLIVAN:  Good afternoon, your Honor.
14           MR. FICK:  Good afternoon, your Honor.  William Fick
15   of the Federal Defender's Office on behalf of Mr. Volungus.
16           THE COURT:  I guess we're to discuss what should be
17   done.
18           MR. GRADY:  Having discussed this ahead of time, I
19   think what we would just be looking for is to set a trial date
20   with the Court, and then the two of us will, by agreement, work
21   backwards as to setting a schedule for motions in limine,
22   motions for independent examinations and the like, presumably
23   to be done after this Court rules on whether or not the motion
24   to dismiss for constitutional grounds should be allowed.
25           MR. FICK:  That's a fair summary of the position.
```

```
 1   What we'd hope for is, I think, something like -- depending on
 2   the Court's availability -- the first part of next year,
 3   something like the first week of February or thereabouts?
 4            THE CLERK:  For trial?
 5            MR. FICK:  For trial.
 6            THE COURT:  We've already got -- I'm just looking at
 7   the docket.  We had set the hearing on the motion, right?
 8            MR. GRADY:  That's correct.
 9            THE COURT:  And that's coming up the end of this
10   month?
11            MR. FICK:  That's right.
12            THE COURT:  So you want to plan for after that.  We
13   want to plan for after that.
14            Who started this?  Did we?  He did?  Okay.
15            MR. FICK:  Well, if the Court would prefer to wait
16   until the motion to dismiss --
17            THE COURT:  No.  We could put it in for early
18   February, I suppose, but there's a multi-defendant criminal
19   conspiracy case that might still be going at that point.  But
20   if that happens, that happens.  We'll adjust, I guess.
21            So why don't we do that, Paul.
22            THE CLERK:  Yeah.  How long would it be?
23            MR. FICK:  Well, this would probably be the second or
24   third ever in the country that's been done --
25            THE COURT:  This is a jury trial, right?
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1              MR. FICK:  -- so we'd need about a week.
 2              MR. GRADY:  No.
 3              THE COURT:  The statute gives it a jury right.  No?
 4              MR. FICK:  The statute doesn't give it a jury right.
 5    Judge Saris indicates she's going to empanel an advisory
 6    jury --
 7              THE COURT:  I guess that's where I got the idea there
 8    was a jury, because she said she was having a jury trial on it.
 9              MR. FICK:  The defendant would like to request the
10    same here under the civil rule providing for an advisory jury.
11    And the Court could, whatever its inclination was, rule on
12    that.
13              THE CLERK:  So one week?
14              MR. FICK:  About a week, is our guess.
15              THE COURT:  So I'll leave that to develop.  I have no
16    predisposition.
17              THE CLERK:  I'll set this down for trial on Monday,
18    February 11th, at nine o'clock in the morning.
19              MR. QUINLIVAN:  Your Honor, just one more matter.
20    With respect to the motion to dismiss, you may be aware that
21    Judge Saris issued a ruling in her case yesterday.
22              THE COURT:  I didn't know that.
23              MR. QUINLIVAN:  I have a copy which I can provide the
24    Court, or if you would prefer, we could file one
25    electronically.
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1              THE COURT:  If you already used up the paper, we'll
 2   take your copy.
 3              MR. QUINLIVAN:  Very good.  Thank you, your Honor.
 4              MR. FICK:  In fact, your Honor, the parties may --
 5   we'll have to review this, but we may end up filing some very
 6   short follow-up pleading here to simply digest what Judge Saris
 7   has found, or argue with it -- against or whatever -- in the
 8   case before you.
 9              THE COURT:  Okay.
10              MR. FICK:  The other sort of piece in terms of making
11   the schedule work is that the statute provides for an
12   examination by an independent court-appointed expert.  And what
13   we had done in Judge Saris's case, and we would expect to do
14   here, is I would first file an assented motion for a so-called
15   neutral expert that the parties have both agreed upon.  And if
16   the Court agrees, that person could be appointed as the primary
17   neutral, so to speak.
18              We also litigated in front of Judge Saris whether the
19   government could have a BOP psychologist also appointed as a
20   court expert.  Judge Saris denied the motion.  I believe the
21   government wants to re-litigate the issue here, however, and
22   I'm perfectly happy to do that.
23              MR. GRADY:  That would have to await the motion to
24   dismiss, your Honor.
25              THE COURT:  Right.  I would think so.
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1              So that's the kind of in limine motion that you're
 2   thinking of, is that it, those kinds of issue?
 3              MR. FICK:  Well, it's not even so much as a limine
 4   motion.  I guess -- the one issue, your Honor, is whether -- if
 5   the Court wants to wait to even appoint the neutral until after
 6   the motion to dismiss is decided, that's -- there's certainly
 7   some sense to that in terms of resources.  On the other hand,
 8   timing to get in and actually do the trial and make sure the
 9   evaluation gets done could be a little bit problematic
10   depending on the time frame of the Court's ruling on the
11   motion.
12              My only sort of underlying concern here is the
13   defendant has now been in an extensive amount of time after
14   what would have been his release date, and part of that is just
15   the effect of having to litigate constitutional issues.  He
16   understands that, but on the other hand, there is a certain
17   amount of desire to get to the trial.
18              THE COURT:  Well, I don't want to make any decision on
19   that at this point.  First of all, I'd like to read Judge
20   Saris's opinion.  It may be influential; it may not be.  But
21   anyway -- so I have no idea -- and then the argument.  So I
22   guess maybe those are things we could also take a look at at
23   the motion to dismiss hearing, although even then I might be of
24   the view that I don't want to do it until later, so -- at least
25   I don't want to do it now.
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1                MR. FICK:  I understand that.  Thank you.
 2                THE COURT:  So I think we can -- we'll have to do some
 3   additional scheduling.  We've set a trial date, but we'll have
 4   to have some -- we'll have to have a pretrial date.  Maybe we
 5   could do that now.  And then there might even be a need for a
 6   motion date apart from the pretrial date.
 7                THE CLERK:  What I'm going to do is I'm going to set
 8   down the final pretrial conference which should be ten days
 9   before, so that will put us over to Thursday, January 31st, at
10   two o'clock.
11                THE COURT:  Okay.  Anything else then now?
12                MR. FICK:  There's also, your Honor, the other pending
13   motion to appoint the specialist co-counsel from the CJA panel,
14   the folks from John Swomley's office, who have done extensive
15   cases like these in state court.  They've essentially been
16   working with us on all of these cases and on all of the
17   briefings.  Anyway, I think it's just been, so far, the Saris
18   cases.  And for their purposes it would be helpful, I think, if
19   they were formally appointed in this case also.
20                THE COURT:  Fine.  I'll allow that.
21                MR. FICK:  Thank you, your Honor.
22                THE COURT:  All right.  Thank you.
23                MR. GRADY:  Thank you.
24                MR. QUINLIVAN:  Thank you.
25                (The proceedings adjourned at 2:13 p.m.)
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1                    C E R T I F I C A T E

 2

 3        I, Marcia G. Patrisso, RMR, CRR, Official Reporter of

 4   the United States District Court, do hereby certify that the

 5   foregoing transcript constitutes, to the best of my skill and

 6   ability, a true and accurate transcription of my stenotype

 7   notes taken in the matter of Civil Action No. 07-12060-GAO,

 8   United States of America v. John C. Volungus.

 9

10                      /s/ Marcia G. Patrisso
                        MARCIA G. PATRISSO, RMR, CRR
11                      Official Court Reporter
```

PDF created with pdfFactory trial version www.pdffactory.com