# United States Court of Appeals
## For the First Circuit

No. 09-1596

UNITED STATES OF AMERICA,

Petitioner, Appellant,

v.

JOHN CHARLES VOLUNGUS,

Respondent, Appellee.

**JUDGMENT**

Entered:  January 8, 2010

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The order of the district court is reversed, and the matter is remanded to that court for further proceedings consistent with the opinion issued this day.

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon. George A. O'Toole Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Mr. Quinlivan, Ms. Mizner, Ms. Boal, Mr. Stern, Mr. Grady, Ms. Serafyn, Mr. Fick, Ms. Chaifetz &  Ms. Wright.