AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT  DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOHN CHARLES VOLUNGUS

**EXHIBIT AND WITNESS LIST**

Case Number: 07-12060-GAO

| PRESIDING JUDGE O'TOOLE | | | PLAINTIFF'S ATTORNEY GRADY, SERAFYN | | DEFENDANT'S ATTORNEY FICK, GOLD |
|---|---|---|---|---|---|
| TRIAL DATE (S) 1/31/11-2/4/11; 7/11/11-7/14/11 | | | COURT REPORTER PATRISSO | | COURTROOM DEPUTY LYNESS |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | Government Witness-Monica Ferraro-Sworn 1/31/11 |
| A | | 1/31/11 | x | | Scoring Sheet |
| | | | | | Government Witness-Amy Phenix-Sworn 2/3/11 |
| 63 | | 2/3/11 | x | 2/3/11 | Static-99 Coding Rules |
| 64 | | 2/3/11 | x | 2/3/11 | Revised Static-99 Scoring Worksheet |
| 65 | | 2/3/11 | x | 2/3/11 | Summary of 3 Instruments |
| | 66 | 2/4/11 | x | 2/4/11 | e-mail |
| | 67 | 2/4/11 | x | 2/4/11 | Static- 99 R Non-Routine and Routine Sample |
| | 68 | 2/4/11 | x | 2/4/11 | Current Chart- Summary |
| | | | | | Defendant's Witness- Robert Prentky- Sworn 7/11/11 |
| | 55 | 7/11/11 | x | 7/11/11 | Witnesses report of his conclusion |
| | 56 | 7/11/11 | x | 7/11/11 | Curriculum Vitae |
| 40 | | 7/12/11 | x | 7/12/11 | Plea Agreement |
| 53 | | 7/12/11 | x | 7/12/11 | Dr Bard's Expert Report |
| 12 | | 7/12/11 | x | 7/12/11 | Drawings of adults and children |
| 1 | | 7/12/11 | x | 7/12/11 | Chats |
| 15 | | 7/12/11 | x | 7/12/11 | Report |
| 21 | | 7/12/11 | x | 7/12/11 | Report |
| 23 | | 7/12/11 | x | 7/12/11 | Pornographic images on computer |
| 24 | | 7/12/11 | x | 7/12/11 | Affidavit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

■AO 187A (Rev. 7/87)           **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES | | vs. | JOHN CHARLES VOLUNGUS | | CASE NO. 07-12060-GAO | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 26 |  | 7/12/11 | x | 7/12/11 | Letters to Gary | |
| 34 |  | 7/12/11 | x | 7/12/11 |  | |
| 44 |  | 7/12/11 | x | 7/12/11 | Report from FBI 6/28/05. | |
|  |  |  |  |  | Plaintiff's Witness- Edward Cardinal ( by video) | |
| 6 |  | 7/12/11 | x | 7/12/11 | Convictions of Volungus;   Conditions of release | |
| 27 |  | 7/12/11 | x | 7/12/11 | Written Evaluation | |
| 23 |  | 7/12/11 | x | 7/12/11 | Letter | |
| 34 |  | 7/12/11 | x | 7/12/11 | Redacted version of polygraph exam | |
| 35 |  | 7/12/11 | x | 7/12/11 | Handwritten note from Volungus | |
| 24 |  | 7/12/11 | x | 7/12/11 | Written statement by Volungus 4/15/04 | |
| 29 |  | 7/12/11 | x | 7/12/11 | Redacted version of outcome of polygraph 5/27/05 | |
| 30 |  | 7/12/11 | x | 7/12/11 | Written statement by Volungus | |
| 31 |  | 7/12/11 | x | 7/12/11 | Typed statement by Volungus 5/27/05 | |
| 38 |  | 7/12/11 | x | 7/12/11 | Warrant for Arrest and amended petition | |
|  |  |  |  |  | Defendant's Witness- Leonard Bard- Sworn 7/13/11 | |
|  |  |  |  |  |  | |
|  | 59 | 7/13/11 | x | 7/13/11 | Diagnostic criteria for pedophilia | |
| 9 |  | 7/13/11 | x | 7/13/11 | PSR of Volungus from 1998 | |
| 8 |  | 7/13/11 | x | 7/13/11 | Transcript of plea in 1998 | |
| 36 |  | 7/13/11 | x | 7/13/11 | Transcript of Volungus supervised relase violation hearing. | |

Page _____ of _____ Pages